United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 17-21187-AJC
Brenda D Nestor                                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: cgrimm              Page 1 of 1              Date Rcvd: Sep 19, 2017
                              Form ID: CGFI2            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db             +Brenda D Nestor,    39 Palm Avenue,    Miami Beach, FL 33139-5137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
      Alberta L. Adams    on behalf of Creditor    American Southern Insurance Company
       aadams@mpdlegal.com,   lpeterson@mpdlegal.com
      Alberto M. Cardet    on behalf of Creditor    Fulton Bank, N.A. alcardet@gmail.com,
       G1615@notify.cincompass.com;ebbycmecf@gmail.com
      Brett M Amron, Esq.    on behalf of Interested Party    Philip von Kahle, as Curator of the Estate
       of Victor Posner bamron@bastamron.com,   mdesvergunat@bastamron.com,jmiranda@bastamron.com,
       dtimpone@bastamron.com
      David S Musgrave    on behalf of Creditor    Fulton Bank, N.A. dmusgrave@gfrlaw.com,
       tleonard@gfrlaw.com
      Joann M Hennessey    on behalf of Debtor Brenda D Nestor joann@cjapl.com,
       frandy@cjapl.com;ami@cjapl.com;notices@cjapl.com
      Jon Polenberg, Esq.    on behalf of Creditor    Fidelity & Deposit Co. of Maryland
       jpolenberg@bplegal.com,   tfritz@bplegal.com;ydaneshfar@bplegal.com
      Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                    TOTAL: 7

CGFI2 (6/30/17)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17–21187–AJC

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Brenda D Nestor
aka Brenda D Nestor Castellano
39 Palm Avenue
Miami Beach, FL 33139
SSN: xxx–xx–2756

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **August 31, 2017**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**The petition was not accompanied by Official Bankruptcy Form 104 "List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders" as required by Bankruptcy Rule 1007(d).** If there are no qualifying unsecured creditors in this case, Official Bankruptcy Form 104 shall be filed so indicating.
**Deadline to correct deficiency: 9/8/17**

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 9/14/17**

Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information

Official Bankruptcy Form 106A/B, Schedule A/B: Property

Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt

Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property

Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases

Official Bankruptcy Form 106H, Schedule H: Your Codebtors

Official Bankruptcy Form 106I, Schedule I: Your Income

Official Bankruptcy Form 106J, Schedule J: Your Expenses
**and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D).
**Deadline to correct deficiency: 9/14/17**

☑  Declaration not filed

☐  Declaration not signed

☐   Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form 107 Your Statement of Financial Affairs for Individuals Filing for Bankruptcy) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 9/14/17**

☑   Statement not filed

☐   Statement not signed

☐   Statement incomplete

**Chapter 11 Statement of Current Monthly Income** (Official Bankruptcy Form 122B, Chapter 11 Statement of Your Current Monthly Income) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 9/14/17**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007−1(F). Payment advices are deficient as indicated:  **not filed**
**Deadline to correct deficiency: 9/14/17**

**Certification of Budget and Credit Counseling Course** for the DEBTOR not filed. See Bankruptcy Rule 1007−1(b)(3) and Local Rule 1007−1(D). A copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency must be filed.
**Deadline to correct deficiency: 9/14/17**

**IMPORTANT:** *The deadline to file the certificate of credit counseling cannot be extended unless there are exigent circumstances which prevented you from obtaining the credit counseling briefing [See 11 U.S.C. 109(h)(3)].*

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** **9/19/17**                                                                                    **CLERK OF COURT**
                                                                                                               By: Carmela Grimm , Deputy Clerk

*Copies to:*    Debtor
                       Attorney for Debtor