Roy D. Oppenheim, Esq.
2500 Weston Road, Suite 404
Weston, Florida 33331
(954) 384 6114 (telephone)    (954) 384-6115 (fax)
roy@oplaw.net

**EDUCATION**

**Northwestern University School of Law, Chicago, Illinois**
    J.D., 1986
    Editorial Board Member, Northwestern University Law Review
    Member, National Moot Court Team

**Princeton University, Princeton, New Jersey**
    AB cum laude; Politics, 1982

**PROFESSIONAL EXPERIENCE**

**Oppenheim Pilelsky, P.A., Weston, Florida**;
    *Co-Founder & Senior Partner*, 1989 – Present
    Practice areas of the six-attorney firm include real estate, foreclosure defense, insurance related litigation, and complex commercial litigation. In the area of foreclosure, have supervised in excess of 1,000 foreclosure cases, and obtained over a million dollars in prevailing party attorney's fees. Launched a series of foreclosure defense workshops for the public, in person and via live streaming, garnering thousands of attendees.

**Weston Title & Escrow, Inc., Weston, Florida**;
    *Founder and Vice-President,* 1994 – Present
    Manage and operate Title Company, which has generated $1.7 billion in closings since inception.

**White & Case, Miami, Florida**
    *Associate,* 1987–1990, Real Estate and Real Estate Development

**Milbank Tweed, New York, New York**;
    *Summer Associate/Associate,* 1985–1987, Corporate and Banking

**BAR ADMISSIONS AND CERTIFICATIONS**

| | |
|---|---|
| United States Tax Court, | 2014 |
| Florida, U.S. District Court for the Southern and Middle Districts of Florida | 1993 |
| Florida Bar Membership | 1987 |
| New York Bar Membership | 1987 |
| New York, U.S. District Court for the Southern & Eastern Districts of New York | 1987 |



## OTHER PROFESSIONAL LICENSES

| | |
|---|---|
| New York State Title Insurance Agent | 2017–Present |
| Florida International Civil Notary | 2014–Present |
| Florida Licensed Insurance Agent, 2-15 Health & Life | 2008–Present |
| Florida Real Estate Sales Associate | 2001–Present |

## PUBLICATIONS

*The Emperor's New Clothes: How the Judicial System and the Housing Mortgage Market Have Turned a Blind Eye to the Destruction of the Negotiability of Mortgage Promissory Notes*, WM & MARY L. REV. (Spring 2015).

*Deconstructing The Black Magic of Securitized Trusts: How The Mortgage-Backed Securitization Process is Hurting the Banking Industry's Ability to Foreclose and Proving the Best Offense for a Foreclosure Defense*, 41 STETSON LAW REVIEW 45 (2012).

*Foreclosure Jurisprudence*, THE FLORIDA BAR NEWS, July 1, 2011, https://www.floridabar.org/__85256AA9005B9F25.nsf/0/FB4983B7856C76DE852578B5004348C3?OpenDocument

## SERVICE AND MEMBERSHIPS

| | |
|---|---|
| Member, Rotary Club of Weston | 2017–Present |
| Member, Board of Directors of Broward County Real Estate Council | 2017–Present |
| Member, Foreclosure and Debtor/Creditor Rights Subcommittee of the Real Property, Probate, and Trust Law Section of the Florida Bar | 2011–2013 |
| CLE Lecturer for the Florida Bar on the foreclosure crisis and appellate practice | 2010–2014 |
| Member, Real Estate, Property and Probate Division of the Florida Bar Legislative Subcommittee | 2009–Present |
| Co-Founder Member and General Counsel, Weston Chamber of Commerce | 2002–2004 |
| Board of Directors, Catalina Lighting Inc. (NYSE) | 1999–2000 |
| Appointed to Charter Review commission, City of Weston | 1999 |
| Community Relations Council, North Broward Hospital District | 1993–1995 |

| | |
|---|---|
| President, B'nai Aviv Synagogue of Weston | 1992–1994 |
| Member, Prepaid and Group Legal Plans Committee, Fla. Bar | 1992–1994 |
| Member, Committee on Central and Eastern Europe & Community, Fla. Bar. | 1992–1994 |
| Delegate to Democratic Party National Convention | 1992 |
| Member, Rotary Club | 1989–1992 |
| Founder and Director, B'nai Aviv Synagogue of Weston | 1985–1994 |
| Co-founder, Member, General Counsel and President, Weston Democratic Club | 1987-1994 |

## HONORS AND AWARDS

*Marquis' Who's Who Albert Nelson Marquis Lifetime Achievement Award*, Recipient, 2017

*Marquis' Who's Who in America Law*, 2011 – Present

Martindale Hubbell AV Rating, 1991- Present (earliest member of the national law school class of 1986)

*Best Lawyers in America*, 2012 - Present

Avvo Highest Rating 10.0

## EXPERT OPINION & TESTIMONY

*Attorneys' Title Insurance Fund, Inc. v. Maria C. Arriola Velez, P.A.*; Miami-Dade Circuit Court Case No.: 11-18428 CA06.

*Stewart Title Guaranty Company v. Forbes Gallagher, LLC, a Florida limited liability company*; Miami-Dade Circuit Court Case No.: 12-15239 CA25.