

# OPPENHEIM LAW
### attorneys and counsellors

August 31, 2017

**Sent via E-mail to:**
Brenda Nestor

Re: <u>Philip Von Kahle, Curator v. Fidelity and Deposit Company of Maryland</u>
Case No. 2016-021099-CA-01

Dear Brenda:

    I am confirming herewith that you are engaging our firm in connection with the above referenced matter. Specifically, you have retained our firm to defend Brenda Nestor in the above referenced matter and to evaluate a third party claim against Philip Von Kahle, as Curator. Should you request additional services, we will need to be separately retained.

    I am confirming herewith that you have agreed to retain our firm with an initial non-refundable engagement fee in the amount of **$5,000.00,** which we will apply to our fees and costs on a regular basis. We will be billing you at an hourly rate ranging from $530.00 to $375.00 for partners, ranging from $350.00 to $195.00 for associates, and $165.00 for paralegals. Further, you agree to pay us a minimum of $5,000.00 per month, which amounts shall be applied first to costs and fees or to future payments. These rates are subject to change from time to time. In addition, we will also bill you for reasonable out of pocket expenses that we will incur from time to time such as, but not limited to, overnight courier, postage, copies, mileage and parking. Further, should you not make the minimum payment of $5,000.00 per month, we shall have the right to withdraw immediately upon appropriate notice.

    Each month you shall receive a statement for services rendered and costs incurred. We would appreciate you reviewing our statements and calling us immediately if you have any questions.

    Please be advised that you hereby acknowledge that the attached Addendum is hereby incorporated by reference.

    Once again we appreciate you thinking of our firm and we look forward to working with you. Kindly sign below, acknowledging your consent to the terms herein. Please fax or e-mail us back a copy of your executed consent, sending the original to us via mail.

Sincerely,
Roy D. Oppenheim

I/We Agree to the Terms Above:
By: _[signature]_
   Signature                             Date

Client Name: Brenda Nestor

**EXHIBIT B**

## ADDENDUM
## DISCLAIMER, WAIVERS, REPRESENTATIONS, AND ADDITIONAL TERMS

The Client agrees to provide complete and truthful information to Oppenheim Pilelsky, PA. (the "Firm"). The Client shall provide the Firm, in a timely fashion, all information requested by the Firm reasonably necessary for the Firm to perform the services. Failure by the client to provide the Firm all information so requested within 30 days execution hereof shall constitute a waiver by Oppenheim Pilelsky, PA of any obligation for performance hereunder. The Client expressly represents and warrants to the Firm that he/she/they will at all material times provide the Firm with information that is accurate and true to the best of their knowledge and belief. The Client hereby agrees to defend and hold harmless the Firm from and against any liability of any nature whatsoever arising out of or in connection with the Client's breach, in whole or in part, of the representations and warranties herein contained.

**Affiliated Business Disclosure:** Attorneys Roy Oppenheim and Ellen Pilelsky are owners of Weston Title & Escrow, Inc. and any closing services provided by Weston Title& Escrow, Inc. are ancillary to this engagement agreement and shall be paid by separate fee arrangement. Such separate fee arrangement may be written or oral. Furthermore, Roy Oppenheim, individually, is a Real Estate Agent and any services provided by Roy Oppenheim, individually, as a Real Estate Agent are ancillary to this engagement agreement and shall be paid by separate fee arrangement. Such separate fee arrangement may be written or oral.

This Agreement does not cover other related or unrelated matters that may arise and may require legal services. If additional services are necessary and the Client requests the Firm to perform such services, an additional fee arrangement must be made between the Firm and the Client in writing.

Nothing in the Fee Agreement or this addendum may be construed as a promise or guarantee about the outcome of this matter. The Firm makes no such promises or guarantees. The Firm's comments about the outcome of this matter are expressions of opinion only. The Client acknowledges that the firm has made no promise or guarantee about the outcome of this matter.

**Communication:** Client hereby consents to communicate with Firm, if the need arises, between the hours of 9:00 p.m. and 8:00 a.m. in accordance with the Fair Debt Collection Practices Statute. Client also consents to the Firm contacting Client at the phone numbers provided by Client.

**Legal Services:** Legal Services will be provided by Attorneys employed by the Firm; however, at times particularly outside Broward County, the firm may request coverage counsel to assist in the representation from time-to-time.

**Award of Attorney's Fees and Recovery of Fees from Other Parties:** You agree that as an incentive and bonus to the Firm, if we are successful in obtaining the payment of attorney's fees and costs from any other party, we are entitled to payment of the greater of our regular hourly rates or the fees and costs awarded, adjudged or agreed on in any proceeding or settlement; in such a case, you will be refunded the fees and costs that you have paid to our Firm less any monetary amounts Client has outstanding to the Firm.

_____
Client

2500 WESTON ROAD, SUITE 404  WESTON, FLORIDA 33331   PH: (954) 384-6114   FX: (954) 384-6115
EM: INFO@OPLAW.NET   WWW.OPPENHEIMLAW.COM

**Addendum**
Page Two

Client acknowledges that the basis of computing the Firm's compensation has been fully explained to Client, and that the Firm's compensation is based upon, among other factors, the time and labor involved, the novelty or difficulty of questions presented, the results obtained, time limitations imposed by this representation, and the reputation, experience and ability of the Firm in performing this type of service. Among these factors, the time and effort required are typically weighted most heavily. We will keep accurate records of the time we devote to your work, including conferences (both in person and over the telephone), negotiations, factual and legal research and analysis, document preparation and revision, travel on your behalf, and other related matters. We record our time in units of tenths of an hour. The hourly rates of our lawyers and legal assistants have an important bearing on the fees we charge. These rates are reviewed annually to reflect current levels of legal experience, changes in overhead costs, and other factors. Based upon the foregoing, Client acknowledges that the Firm's compensation for attorney's fees and costs as contemplated in this Agreement is reasonable.

**Collection of Fees and Costs:** It is our goal to maintain at all times a constructive and positive relationship with you on the matter described above and on future matters in which we may perform services. However, should a fee dispute arise between us and we are unable to amicably resolve such dispute, we believe that a prompt and fair resolution is in the interest of all concerned. To this end, if any controversy or claim arises out of or relating to this Agreement or any services provided by us to you in connection the collection of fees and costs, <u>both parties waive any right to bring court action or have a jury trial and agree that the dispute shall be submitted to binding arbitration to be conducted in Broward County before the binding Fee Arbitration Program provided by the Florida Bar.</u>

You acknowledge and agree that any suit or other action to enforce this Agreement or any rights obligations or defense to it other than fee disputes, shall only be properly brought in the State Courts of Broward County, Florida, and you hereby agree to this and waive any objection to venue or jurisdiction in any other court or jurisdiction. This agreement is made in Florida and it shall be interpreted in accordance with Florida laws and rules.

Further, you agree that in the event of any lawsuit, complaint, charges, investigation or arbitration as a result of any provision of this Agreement or for the interpretation of this Agreement or otherwise arising out of this Agreement or our relationship as attorney and client, if we are the substantially prevailing parties, then the Firm shall be entitled to collect from you all costs and expenses incurred by us in the litigation/arbitration against the Client, including attorney's fees and costs, as well as the attorney's fees and costs associated with attempts to collect the foregoing or any appeals associated with the foregoing and, in addition, the attorney's fees and costs for proving the amount of the attorney's fees and costs to which we may be entitled. Client also agrees that the Firm is authorized to disclose any information or documents about the Client's case and this Agreement to the opposing side and the court in connection with any application for fees and costs. It is agreed that the Firm retains all lien rights, retainer and charging liens, in this case for the collection of any unpaid fees and costs as provided by Florida law.

_____
Client

Addendum
Page Three

In the event the Client discharges the Firm, or the Firm withdraws, the Firm many nevertheless pursue the collection of fees and costs against the other party, and the Client will cooperate in such efforts.

By initialing below, Client confirms that s/he has read and understands the options that are available should a fee dispute arise, and the Firm and Client voluntarily agree to participate in the services offered by the binding Florida Bar's Fee Arbitration Program.

## NOTICE:

This Agreement contains provisions requiring arbitration of fee disputes. Before you sign this agreement you should consider consulting with another lawyer about the advisability of making an agreement with mandatory arbitration requirements. Arbitration proceedings are ways to resolve disputes without use of the court system. By entering into agreements that require arbitration as the way to resolve fee disputes, you give up (waive) your right to go to court to resolve those disputes by a judge or jury. These are important rights that should not be given up without careful consideration.

_____        _____                            _____
(Client's Initials)     (Client's Initials)                        (Lawyer's Initials)

**Termination:** In the event that the Client should discharge the Firm or the firm is incapable of proceeding with representation of the Client in this case for any reason, the Firm shall be entitled to receive the reasonable value of the services rendered by them up to until the discontinuation of representation of the Client in this matter from any and all recoveries obtained in this case. In such event, the Firm shall also be entitled to receive from any and all recoveries obtained in this case costs and/or expenses paid and/or incurred by them pursuant to this Agreement to the time of discontinuance of their representation of the Client in this case.

**Attorney's Lien:** Client hereby grants the Firm a lien on Client's claim and any cause of action filed thereon to secure payment to the Firm of all sums due under this Agreement for services rendered and costs and expenses advanced.

**Entire Agreement:** This Agreement and Addendum contains the entire Agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties.

_____
Client

2500 WESTON ROAD, SUITE 404  WESTON, FLORIDA 33331  PH: (954) 384-6114  FX: (954) 384-6115
EM: INFO@OPLAW.NET  WWW.OPPENHEIMLAW.COM

Addendum
Page Four

**Modification by Subsequent Agreement:** This Agreement may be modified by subsequent Agreement of the parties only by an instrument in writing signed by both of them.

**Severability in Event of Partial Invalidity:** If any provision of this Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

**Effective Date:** This Agreement will govern all legal services performed by Firm on behalf of Client commencing with the date the Firm first performed services. The date at the beginning of this Agreement is for reference only. Even if this Agreement does not take effect, Client will be obligated to pay the Firm the reasonable value of any services the Firm may have performed for Client.

_____        _____
Oppenheim Pilelsky, P.A.                                        Date


_____        _____
Client                                                                         Date



# OPPENHEIM PILELSKY, PA
## is pleased to announce that it now accepts

## VISA, MASTERCARD AND AMERICAN EXPRESS

Please fill out the information below.

I hereby authorize OPPENHEIM PILELSKY, P.A., to charge my credit card for payment in connection with the firm's representation.

Please enter information below

Mastercard _____

Visa _____

American Express _____

Expiration Date ___/___/___    Security Code: _____

Total Amount: $_____ on ___/___/2017

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer. Sale acknowledged and draft accepted.

X_____ Date: ___/___/___

Please print cardholder name: _____

Please print billing address: _____

_____