# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  
BRENDA NESTOR

Case No. 17-21187-LMI

Chapter 11  
Miami Division

_____Debtor (s)_____/

## AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR IN POSSESSION

STATE OF FLORIDA )  
) ss  
COUNTY OF BROWARD )

ADRIAN PHILIP THOMAS, ESQUIRE, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the United States Bankruptcy Court for the Southern District of Florida.

2. I am an attorney with the firm of The Law Office of Adrian Philip Thomas, P.A. ("Thomas Law"), the law firm that the Debtor in Possession is seeking to employ especially by the application to which this Affidavit is attached. The firm's office is located at 515 East Las Olas Blvd., Fort Lauderdale, FL 33301.

3. I and Thomas Law have extensive experience in litigation such as the type described in the Application to which this Affidavit is attached, the firm is well qualified to represent the Debtor in Possession and is willing to accept employment on the basis set forth in the Application;

4. I, Thomas Law and its attorneys do not hold any interest adverse to the debtor or the bankruptcy estate and we are disinterested persons as defined and as required by 11 U.S.C. §101 and §327(a) respectively.

5. There are no connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee as required by Bankruptcy Rule 2014.

6. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession.



EXHIBIT B

7.      There are no prepetition fees owed.

FURTHER AFFIANT SAYETH NAUGHT

I declare under penalties of perjury that the foregoing is true and correct.

Executed this the _18_ day of _Jan_, 2018.

_____
Adrian P. Thomas

State of Florida ~~Miami-Dade~~ BROWARD
County of ~~Miami-Dade~~

_____
Signature of Affiant

Sworn to and subscribed before me this _18_ day of _January_, _2018_,

_____
Signature and Seal of Notary Public

☒ Personally Known or ☐ Produced ID

_Ruth Broder_____
Name of Notary Public (typed, printed or stamped)     Type of Identification Produced

Notary Public State of Florida
Ruth Broder
My Commission FF 176064
Expires 12/25/2018

Page 2 of 2