# ADRIAN PHILIP THOMAS, LL.M., J.D.

515 East Las Olas Boulevard, Suite 1050
Fort Lauderdale, Florida 33301
(800) 249-8125 (toll-free telephone)
(954) 764-7273 (phone)
(954) 764-7274 (fax)
www.florida-probate-attorney.com
e-mail: athomas@athomas.com

## Attorney Profile

**Trust Litigation and Estate Litigation:**

Mr. Thomas is the managing partner of this boutique, twenty member law firm located in Fort Lauderdale, Florida. He has resided in Florida for the past forty one years and has practiced law in Broward County for the past 25 years. Mr. Thomas is "AV" rated by Martindale Hubbell and has been selected as one of Florida's Legal Elite by Florida Trend Magazine. Mr. Thomas concentrates his firm's practice to estate litigation, trust litigation and guardianship litigation and represents clients with these disputes throughout the State of Florida.

**Education**

- University of Miami School of Law, Coral Gables, Florida, 2000,
  LL.M. (Masters of Laws - Estate Planning) Major: Estate Planning

- Nova University Center for the Study of Law, Fort Lauderdale, Florida, 1993 J.D. (Juris Doctor)

- University of Florida, Gainesville, FL, USA, 1990 B.A., Major: Political Science

**Areas of Practice**

- Estate and Probate Litigation

- Trust Litigation

- Will Contests

- Undue Influence and Lack of Mental Capacity Litigation

- Guardianship Litigation

**Bar Admissions**

- Florida, 1993

- U.S. District Court Southern District of Florida, 1994

- U.S. Court of Appeals 11th Circuit, 1995



**Classes/Seminars**

- Featured Speaker, National Business Institute, Continuing Legal Education Seminar, December 8-10, 2010: The Probate Process from Start to Finish: <u>Administering the Estate Effectively</u> and <u>Managing the Inventory</u>.

- Featured Speaker, Brevard Estate Planning Council, Celebrity Estate Plans-Trials and Triumphs, September 2009: *The Importance of Probate Counsel : Lessons Learned from Celebrities' Probate Problems.*

- Featured Speaker, National Business Institute, Continuing Legal Education Seminar, September 2008: *Estate Administration Procedures: Why Each Step is Important, Foundations of Estate Administration*

- Featured Speaker, Broward County Guardianship Association, March, 2007

- Featured Speaker, National Business Institute, Continuing Legal Education Seminar, January 2007: *The Probate Process from Start to Finish for Paralegals*

- Featured Speaker, National Business Institute, Continuing Legal Education Seminar, December 2006: *The Probate Process from Start to Finish, Litigating the Case in Probate Court*

- Featured Speaker, North Dade/South Broward Estate Planning Council, November 2006.

- Featured Speaker, National Business Institute, Continuing Legal Education Seminar, June 2006: *Estate Administration Procedures: Why Each Step is Important, Foundations of Estate Administration Defined*

- Featured Speaker, Lorman Education Services, Continuing Legal Education, September 2005: *Litigation of Estates, Trusts and Guardianships in Florida Seminar, Rights of the Surviving Spouse*

**Ancillary Businesses**

- *Of counsel to Weins, Frank and Partner, Berlin, Germany*