UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  
BRENDA DIANA NESTOR

Case No. 17-21187-AJC

Chapter 11
Miami-Dade Division

_____ Debtor _____/

### DEBTOR IN POSSESSION'S APPLICATION FOR EMPLOYMENT OF ADRIAN PHILIP THOMAS, ESQUIRE AND THE LAW OFFICES OF ADRIAN PHILIP THOMAS, P.A. FOR EMPLOYMENT AS SPECIAL COUNSEL
### (Expedited Hearing Requested)

**BRENDA DIANA NESTOR,** Debtor in Possession (the "Debtor"), respectfully requests an order of the court authorizing the employment of Adrian Philip Thomas, Esquire of the law firm of Adrian Philip Thomas, P.A. ("Thomas Law") to represent the Debtor in this case as Special Counsel and states:

1. On August 31, 2017, the Debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.

2. The Debtor desires to employ Adrian Philip Thomas, Esquire and his firm for the purpose of providing service as Special Counsel. Adrian Thomas will be representing the Debtor in the following current lawsuit filed in the 11th Judicial Circuit Court in and for Miami-Dade County, Florida:

   a) *In Re: ESTATE OF VICTOR POSNER, Case Numbers 2002-000595-CP-02, and* (the "State Court Litigation").

3. The Debtor believes that Adrian Thomas and his firm have the requisite experience in specialized probate litigation matters to effectively represent the Debtor in this very complex State Court Probate Legislation case.

1

5. The professional services the Special Counsel will render are summarized as follows:

(a) Defend, prosecute and protect the Debtor's interest in the Victor Posner Probate Estate.

(b) Collaborate with Ronald B. Lewis, Esquire and Donald J. Thomas, Esquire (no relation to Adrian Thomas, Esquire), when necessary (particularly in reference to potential interrelated legal issues between the State Court Litigation and the Bankruptcy Court case) as it relates to following:

(i) Providing advice to the debtor with respect to its powers and duties as a Debtor-in-possession and the continued management of its business operations;

(ii) To prosecute any and all claims on behalf of the Debtor in the State Court Probate case and preserve the assets in this probate case for the benefit of the Debtor who is a beneficiary of this estate.

(iii) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

(iv) To protect the interest of the Debtor in all matters pending before the court;

6. Attached on Exhibit "A" is Mr. Adrian P. Thomas Curriculum Vitae. As is demonstrated, he is a very well-regarded Florida attorney with a significant breadth and depth of experience, particularly in handling probate, trust and contested wills. Given the respective Thomas is well qualified to serve in the capacity of Special Counsel because Mr. Thomas's unique

skill set will allow for appropriate advisement accordingly.

7. The Law Offices of Adrian Philip Thomas Law Firm will apply for compensation and reimbursement of costs, pursuant to Sections 330 and 331 of the Bankruptcy Code, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

8. To the best of the Debtor's knowledge, neither said attorney nor said law firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither said attorney nor said law firm represent any interest adverse to the Debtor.

9. Attached to this Application on Exhibit "B" is the proposed attorney's affidavit demonstrating Adrian P. Thomas and The Law Offices of Adrian Philip Thomas, P.A., are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under Bankruptcy Rule 2014.

10. Debtor respectfully requests an order authorizing retention of Adrian P. Thomas, Esquire and The Law Offices of Adrian Philip Thomas, P.A., on a general retainer, pursuant to 11 U.S.C. §§327 and 330.

I CERTIFY that a true copy of this application was mailed on __18th__ to the parties indicated below.

_____
Signature

Brenda D. Nestor
_____

39 Palm Ave., Miami Beach, FL 33139
Address

(305) 988-0525
Phone

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on the following parties.

3

Debtor
U.S. Trustee
Attorney for Creditor's Committee (or
if none 20 largest unsecured creditors) All
Appearances