

**ORDERED in the Southern District of Florida on April 4, 2018.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

BRENDA DIANA NESTOR,                                    Case No. 17-21187-LMI
                                                        Chapter 11
    Debtor.
_____/

### ORDER ON MOTION TO APPOINT CHAPTER 11 TRUSTEE

THIS MATTER came before the Court for a hearing on March 29, 2018 ("Hearing") for consideration of Creditor Charles (Chip) Hoebeke of Rehmann Turnaround and Receivership Services, LLC, Court Appointed Receiver over Evans Tempcon, Inc.'s (the "Receiver") *Motion to Appoint Chapter 11 Trustee* [DE 308] (the "Motion"), and the Court having reviewed the Motion, having heard arguments in open court from the United States Trustee, Debtor Brenda Diana Nestor ("Debtor"), and counsel of all interested parties present in the courtroom and on the

{00731604.2}

telephone via CourtCall; the Court finding that notice of this Order is reasonable under the circumstances and based on the reasons discussed on the record at the Hearing, and the Court being otherwise fully advised in the premises,

    **THE COURT HEREBY ORDERS** that:

1. Debtor's *ore tenus* request at the Hearing on the record to extend deadlines in this case is expressly DENIED.

2. Debtor must circulate to counsel designated at the Hearing (including counsel to parties that filed objections to the Debtor's First Amended Disclosure Statement), on or before April 6, 2018 at 5:00pm, a complete redline copy of proposed amendments to Debtor's First Amended Disclosure Statement [DE 242], reflecting all revisions (a) required by the Court at the hearing on March 22, 2018, (b) negotiated between Debtor's former counsel and any interested party, and (c) that the Debtor may otherwise believe appropriate to ensure that the Second Amended Disclosure Statement complies with the Bankruptcy Code and Bankruptcy Rules ("Redline"). Debtor's former counsel, Mr. Steven Fender, will provide Debtor with the email addresses for all counsel that should receive the Redline, and the email address to provide a copy to this Court.

3. If Debtor fails to timely circulate the Redline, the United States Trustee is authorized and directed to upload an order directing the appointment of a Chapter 11 Trustee over Debtor's bankruptcy estate on April 9, 2018, without further notice or order of this Court.

4. If Debtor timely circulates the Redline, this Court will hold a final hearing on the Receiver's Motion to Appoint a Chapter 11 Trustee on April 11, 2018 at 3:00pm [DE 316] at which the Debtor shall show cause why a Chapter 11 Trustee should not be appointed.

###

Submitted by:
Gregory S. Grossman
Florida Bar No. 896667
SEQUOR LAW, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: ggrossman@sequorlaw.com

And

SCHAFER AND WEINER, PLLC
Joseph K. Grekin, admitted *pro hac vice*
Michigan Bar No. 52165
Jason L. Weiner
Florida Bar No. 96963
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Telephone: 248.540.3340
Facsimile: 248.282.2155
E-Mail: jgrekin@schaferandweiner.com
E-Mail: jweiner@schaferandweiner.com

{00731604.2}