

April 26, 2018

To:  Honorable Judge Laurel M. Isicoff,        Case No. 2017-BK-21187
U.S. Bankruptcy Court for the       In Re: Brenda Nestor,
Southern District of Florida
301 N. Miami Ave.
Miami, FL 33132


In Ref:  <u>Notice to the Court on Recent Ruling on Debtor's Counsel Geoffrey Aaronson,</u>


Honorable Judge Isicoff,

Debtor hereby submits her letter to this Court in reference to replacing her attorney and compensating for actual time spent for the following reasons:

(A)     Due to opposing counsels claiming conflict.

(B)     Debtor's attorney Geoffrey Aaronson has been packing his office since last Monday and to move his office next week to another location downtown Miami, FL.

(C)     Attorney Aaronson leaving town for Tampa, Florida.

(D)     In addition to, attorney Aaronson relocating his office, he mentioned in his email to me that " At this point, even if we received the retainer funds, we will clearly not be able to meet all of the court's requirements." (See Exhibit A).

(E)     Due to Debtor's attorney's having his own personal issues, lacking time to debtor's case and causing untimely delays.

(F)     Debtor is in the middle of completing her own property refinance package which will be ready to be presented before this Court. The agreement will allow Fulton Bank to receive $3 Million.


For the above mentioned reasons and issues, debtor is unable to receive the complete attention for her ongoing cases. Therefore, debtor requests this Court's approval for time to seek legal advice and representation within viable time so she could properly be represented by a new counsel.


Sincerely,

*Brenda Nestor* (signature)

Brenda Nestor,
Debtor-in-Possession
39 Palm Ave.
Miami Beach, FL 33139

# M Gmail

## Fwd: Ex Parte M to Withdraw 4-26-18

1 message

**Brenda nestor** <brendadnestor3939@gmail.com>　　　　　　　　　　　　Thu, Apr 26, 2018 at 4:04 PM
To:

> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Brenda nestor <brendadnestor3939@gmail.com>
>> **Date:** April 26, 2018 at 4:03:04 PM EDT
>>
>> **Subject: Fwd: Ex Parte M to Withdraw 4-26-18**
>>
>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** Geoffrey Aaronson <gaaronson@aspalaw.com>
>>>> **Date:** April 26, 2018 at 1:47:37 PM EDT
>>>> **To:** Brenda nestor <brendadnestor3939@gmail.com>
>>>> **Cc:** Tamara McKeown <tmckeown@aspalaw.com>
>>>> **Subject: Ex Parte M to Withdraw 4-26-18**
>>>>
>>>> Brenda,
>>>>
>>>> If we do not receive the retainer, I am going to file the attached at 5:00 today. At this point, even if we received the retainer funds, we will clearly not be able to meet all of the court's requirements.
>>>>
>>>> Geoffrey
>>>>
>>>> **Geoffrey S Aaronson, Esq.**
>>>>
>>>> **Aaronson Schantz Beiley P.A.**

*Exhibit A*

Miami Tower

100 SE 2nd Street, Suite 2700

Miami, Florida 33131

Office Direct 786.594.3528

Office General 786.594.3000

Cellular 786.543.2487

Fax 305.424.9336

gaaronson@aspalaw.com

2 attachments


image001.jpg
5K

Ex Parte M to Withdraw  4-26-18.docx
20K

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

| In re: | Case No. 17-21187-LMI |
|---|---|
| BRENDA DIANA NESTOR, | Chapter 11 |
| Debtor | |

## *EX PARTE* MOTION TO WITHDRAW

Aaronson Schantz Beiley P.A. ("ASBPA") by and through its undersigned counsel, hereby move *ex parte* to withdraw from continuing this interim representation previously authorized by this Court pursuant to Order Approving on Interim Basis Debtor's Application for Authorization to Employ Aaronson Schantz Beiley P.A. as Counsel for Debtor in Possession [ECF 368] and Order Supplementing Order Approving on Interim Basis Debtor's Application for Authorization to Employ Aaronson Schantz Beiley P.A. as Counsel for Debtor in Possession [ECF 375], and respectfully states:

1. The Debtor and ASBPA entered into a retention agreement prior to the last hearing in this case.

2. Unfortunately, the Debtor is unable to comply with the terms thereof and it is necessary for ASBPA to withdraw from this interim, and prospective, representation of this Chapter 11 Debtor.

**WHEREFORE**, ASBPA respectfully requests the entry of an Order: (1) Authorizing ASBPA to withdraw from the continued interim representation of Debtor in this Chapter 11 case; (2) Relieving ASBPA of any further obligations or responsibilities in connection with the continued representation of the Debtor in this case; (3) Authorizing ASBPA to file a Fee

Application for the time and services rendered on behalf of the Debtor to date, as contemplated by this Courts Orders ECF 368 and 375; and (4) any other and further relief the Court deems appropriate in the premises herein.

Respectfully submitted,
**Aaronson Schantz Beiley P.A**

s/Geoffrey S Aaronson
Geoffrey S Aaronson, Esq.
Miami Tower
100 SE 2nd Street, 27th Floor
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.675.3880
gaaronson@aspalaw.com
*Interim Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via e-mail through the Court's CM/ECF service on April 26, 2018.

s/Geoffrey S Aaronson
Geoffrey S Aaronson

2