

**ORDERED in the Southern District of Florida on May 24, 2018.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

*In re*:                                                       Case No. 17-21187-LMI

**BRENDA DIANA NESTOR,**                     Chapter 11

    Debtor.                                         Related ECF Nos. 428

_____/

### ORDER OVERRULING OBJECTION TO THE APPOINTMENT
### OF CONFLICTED TRUSTEE AND CONFLICTED TRUSTEE'S PROPOSAL
### TO EMPLOY MY PREVIOUS ATTORNEY'S FIRM TO REPRESENT TRUSTEE

THIS MATTER came before the Court on May 22, 2018, at 9:30 a.m. ("Hearing") on the *Objection to the Appointment of Conflicted Trustee and Conflicted Trustee's Proposal to Employ my Previous Attorney's Firm to Represent Trustee* ("Objection") [ECF No. 428] filed by Brenda Diana Nestor. The Objection opposes both the appointment of Trustee Tabas to serve as the chapter 11 trustee in this case and opposes Trustee Tabas's employment of counsel. This Order resolves the Objection insofar as it opposes the selection and approval of Trustee Tabas as chapter 11 trustee in this case. The Objection to Trustee Tabas's counsel will be resolved in a separate order of the court

on proposed counsel's retention application.   The Court (a) having reviewed the Objection, and the record in the case, including the record of the Hearing, and (b) for the reasons set forth on the record at the Hearing, which are incorporated by reference, finds it appropriate to overrule the Objection to the appointment of Trustee Tabas as chapter 11 trustee in this case. Therefore, it is –

**ORDERED** that the Objection to the appointment of Trustee Tabas as chapter 11 trustee is **OVERRULED.**

# # #

**Copies furnished to:**
Drew M. Dillworth, Esq.
ddillworth@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.

(Attorney Dillworth is directed to serve a conformed copy of this Order, immediately upon receipt of same from the Court, upon all interested parties.)